IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 6:23-CV-00414
2. Style of case: SHIRLEY E. ROGERS V. STATE FARM
3. Nature of suit: Insurance - First Party
4. Method of ADR used:  ☑ Mediation    ☐ Mini-Trial    ☐ Summary Jury Trial
5. Date ADR session was held: 5/23/2024
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.        ☐ Settled, in part, as result of ADR
    XX Settled as a result of ADR**           ☐ Parties were unable to reach settlement.
    **The parties have reached an agreement and are working on final settlement documents.

7. What was your TOTAL fee: $1950.00
8. Duration of ADR: Half Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass, Mediator            J. Mitchell Beard, Esq.-Defendant
    Shirley E. Rogers -Plaintiff           Pat Greene – Defendant's Rep.
    Michael S. Hess, Esq.-Plaintiff

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

_Courtenay L. Bass_                        May 23, 2024
Signature                                  Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                          Telephone

**Michael S. Hess, Esq.**
Hodge Law Firm PLLC
1301 Market Street
Galveston, TX  77550
(409) 241-7246

**J. Mitchell Beard, Esq.**
Flowers Davis PLLC
1021 ESE Loop 323
Suite 200
Tyler, TX  75701
(903) 534-8063
(903) 534-1650